1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, the undersigned, declare under penalty of perjury that I am over the age of 18 years and not a party to the above-entitled action and that my address is set out above; and that I served the attached pleading in the following manner:

I served the above on opposing counsel by e-filing to the Office of the Clerk and I mailed a copy to the Defendant.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: February 14, 2008        /s/ Knut S. Johnson
                                Knut S. Johnson

- 00 cr 1902-JM